# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **BETTY NICHOLE GORE HVAMSTAD** | **CASE NO. 3:22-CV-01431** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NATIONAL INTERSTATE INSURANCE CO. ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, together with the Objection [Doc. No. 18] filed by Plaintiff Betty Nichole Gore Hvamstad on November 17, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand [Doc. No. 9] is **DENIED**.

MONROE, LOUISIANA, this 18th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE