UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BETTY NICHOLE GORE HVAMSTAD** | **CIV. ACTION NO. 3:22-01431** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NATIONAL INTERSTATE INSURANCE CO ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 54] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Richard Hvamstad's Motion for Relief From Joinder [Doc. No. 46] is **GRANTED IN PART** to the extent it seeks relief from joinder, **DENIED IN PART** to the extent it seeks declaratory relief, and the case is **DISMISSED WITHOUT PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 8th day of July, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE